HIRSCH ADELL (CSB 34208)
WILLIAM Y. SHEH (CSB 221275), and
NATALIA BAUTISTA (CSB 245669), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: hirscha@rac-law.com;
williams@rac-law.com;
nataliab@rac-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LACV14-7105 R (VBKx)

| | |
|---|---|
| JIM HEDGES, on behalf of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM BAND, LLC, a California limited liability company; GOLD CIRCLE ENTERTAINMENT LLC formerly known as GOLD CIRCLE DEVELOPMENT, LLC, a California limited liability company,<br><br>Defendants. | CASE NO.<br><br>COMPLAINT TO RECOVER DELINQUENT CONTRIBUTIONS<br><br>[29 U.S.C. §§ 1132(a) & 1145] |

[JURISDICTION AND VENUE]

1.  Plaintiff JIM HEDGES ("HEDGES") is a fiduciary of certain employee benefit plans and on behalf of the trustees of these plans brings this action pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") § 502(a), 29 U.S.C. § 1132(a), against an employer, to enforce the terms of the plans and as a preliminary step in collecting delinquent contributions pursuant to ERISA § 515, 29 U.S.C. § 1145.

#27467.1

2. Jurisdiction and venue are appropriate in this judicial district pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), in that the plans are administered, the breach took place, and the defendants reside and do business in this district.

[PARTIES]

3. HEDGES is the administrator, and in light of certain discretionary functions he exercises, is a fiduciary of the Writers' Guild-Industry Health Fund ("Health Fund"), an employee welfare benefit plan within the meaning of ERISA § 3(1), 29 U.S.C. § 1002(1), and of the Producer-Writers Guild of America Pension Plan ("Pension Plan," collectively the "Plans"), an employee pension benefit plan within the meaning of ERISA § 3(2), 29 U.S.C. § 1002(2). The trustees of the Plans delegate to HEDGES authority to act on their behalf in connection with the matters HEDGES alleges in this complaint.

4. HEDGES is informed and believes that defendant PLATINUM BAND, LLC ("PLATINUM") is a California limited liability company and an employer within the meaning of ERISA § 3(5), 29 U.S.C. § 1002(5).

5. HEDGES is informed and believes that defendant GOLD CIRCLE ENTERTAINMENT, LLC formerly known as GOLD CIRCLE DEVELOPMENT, LLC ("GOLD CIRCLE") is a California limited liability company and an employer within the meaning of ERISA § 3(5), 29 U.S.C. § 1002(5).

[AGREEMENTS]

6. PLATINUM and the Writers Guild of America, a labor organization, are party to a written collective-bargaining agreement by which PLATINUM agreed to make contributions to the Plans based upon a percentage of the earnings of PLATINUM's writer-employees. Pursuant to the terms of the collective-bargaining agreement, PLATINUM also agreed to be bound by the agreements and declarations of trust of the Plans, pursuant to which liquidated damages of 20% was set as the

penalty for delinquent contributions, along with interest at the rate of 10% per year, plus the Plans' audit costs and attorney's fees ("Trust Agreements").

7. GOLD CIRCLE and the Writers Guild of America concurrently entered into a written assumption agreement wherein GOLD CIRCLE agreed to personally guarantee performance of the written collective-bargaining agreements between PLATINUM and the Writers Guild of America, and to personally assume all obligations incurred by PLATINUM under the written collective-bargaining agreements, including the Trust Agreements. GOLD CIRCLE is therefore jointly and severally liable for the obligations of PLATINUM.

8. PLATINUM and GOLD CIRCLE will be referred to collectively hereinafter as the "Employer".

[DELINQUENT CONTRIBUTIONS]

9. Plaintiff HEDGES repeats, realleges, and incorporates by reference each and every allegation contained in paragraphs 1 through 8 above as if fully set forth here.

10. The Employer hired writers Evan Katz ("Katz"), Timothy Metcalfe ("Metcalfe"), and Adam Simon ("Simon") to perform writing services, which Katz, Metcalfe and Simon performed for the Employer and for which the Employer was required to make contributions to the Plans.

11. Because the Employer failed to make the required contributions to the Plans, the Employer owes $6,800.00 to the Health Fund and $2,685.00 to the Pension Plan based upon the writing services of Pierson. To date, the Employer has failed and refused to pay this delinquency.

12. As of September 9, 2014, the Employer also owes interest to the Health Fund of at least $2,322.88 and interest to the Pension Plan of at least $864.47, and liquidated damages to the Health Fund of $1,360.00 and liquidated damages to the Pension Plan of $537.00, based upon the delinquent contributions in paragraph 11

#274647.1

- 3 -

above.

## [ATTORNEY'S FEES]

13. HEDGES was required to engage legal counsel to collect the Employer's delinquencies and is entitled to recover its costs, liquidated damages, interest, and attorney's fees pursuant to the Plans' Trust Agreements and ERISA § 502(g)(2)(D), 29 U.S.C. §1132(g)(2)(D).

## [PRAYER FOR RELIEF]

FOR THESE REASONS, HEDGES requests that the court enter judgment against PLATINUM and GOLD CIRCLE, jointly and severally, as follows:

a) Delinquent contributions in the amount of $9,485.00;
b) Interest in the amount of $3,187.35;
c) Liquidated damages in the amount of $1,897.00;
d) Attorney fees and costs; and
e) Such other relieve as the court finds proper.

Respectfully submitted,

Date: September 10, 2014

REICH, ADELL & CVITAN
A Professional Law Corporation

By: _____
NATALIA BAUTISTA
Attorneys for Plaintiff
JIM HEDGES

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_CENTRAL_ District of _CALIFORNIA_

JIM HEDGES, on behalf of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan )
)
)
)
)
_Plaintiff(s)_ )
v. )
) Civil Action No.
PLATINUM BAND, LLC, a California limited liability company; GOLD CIRCLE ENTERTAINMENT LLC formerly known as GOLD CIRCLE DEVELOPMENT, LLC, a California limited liability company )
) LACV14-7105 R (VBKx)
)
)
)
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: )

HIRSCH ADELL
WILLIAM Y. SHEH and
NATALIA BAUTISTA, Members of
REICH, ADELL & CVITAN
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 11 2014

_Signature of Clerk or Deputy Clerk_

1174

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JIM HEDGES, on behalf of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan

**DEFENDANTS** (Check box if you are representing yourself ☐)
PLATINUM BAND, LLC, a California limited liability company; GOLD CIRCLE ENTERTAINMENT LLC formerly known as GOLD CIRCLE DEVELOPMENT, LLC, a California limited liability company

**(b) County of Residence of First Listed Plaintiff** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
NATALIA BAUTISTA (CSB 245669), Member of
REICH, ADELL & CVITAN, A PLC
3550 WILSHIRE BLVD., SUITE 2000
LOS ANGELES, CA 90010
213-386-3860

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ 14,569

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C. Sections 1132 and 1145 - Complaint to Recover Delinquent Contributions

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☒ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: LACV14-7105

CV-71 (11/13) CIVIL COVER SHEET Page 1 of 3
CCD-CV71

COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>[ ] Yes [X] No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>[ ] Yes [X] No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | [ ] Los Angeles | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | [ ] Riverside or San Bernardino | Eastern |
| | [ ] Other | [ ] Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
| Indicate the location in which a majority of defendants reside: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
| Indicate the location in which a majority of claims arose: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**C.1. Is either of the following true? If so, check the one that applies:**

[ ] 2 or more answers in Column C

[ ] only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

[ ] 2 or more answers in Column D

[ ] only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN DIVISION |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] NO  [ ] YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] NO  [ ] YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Nafuler But_   DATE: 9/10/14

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |